PROB 12C
(7/93)

United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 3, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 03 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Michael Dean Fiander | Case Number: 2:06CR02062-001 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/28/2006

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 127 Days; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James P. Hagarty | Date Supervision Commenced: 3/27/2009 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: 6/26/2011 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on November 4, 2010.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Fiander was charged with driving under the influence and first degree driving while license suspended on November 3, 2010, Yakima District Court, cause number 40055. |
| | On May 10, 2011, the aforementioned charges were filed in Yakima County District Court. On June 21, 2011, Mr. Fiander was found guilty of driving under the influence and was sentenced to 365 days jail, with $3,498 financial obligations. The first degree driving while license suspended charge was dismissed. Mr. Fiander complied with his jail sentence on December 12, 2011. |

Prob12C
Re: Fiander, Michael Dean
October 3, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/03/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

_____
Signature of Judicial Officer

OcT 3 2012
Date